UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:16-CV-24943-JG

AYNOUR SOLIMAN,

    Plaintiff,

vs.

SOBE MIAMI, LLC d/b/a PALACE BAR, a
Florida limited liability company, and THOMAS
J. DONALL, individually,

    Defendants.
_____/

## ORDER GRANTING CORRECTED JOINT MOTION TO APPROVE SETTLEMENT

THIS CAUSE is before the Court upon the parties' Corrected Joint Motion to Approve Settlement [D.E. ___]. The Court has carefully reviewed the Corrected Motion, the previously submitted Settlement Agreements and the record in this case. The Court finds that the terms of the settlements are fair and reasonable and meet the standard set forth in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Corrected Joint Motion to Approve Settlement [D.E. ___] is GRANTED;

2. The previously executed Settlement Agreement between the Parties is APPROVED, and this action is DISMISSED WITH PREJUDICE;

3. The Court retains jurisdiction to enforce the terms of the Settlement Agreements, if needed; and

4. The Clerk shall CLOSE this case and DENY AS MOOT all pending motions.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of _____, 2018.

_____
**JONATHAN GOODMAN**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished:
All counsel of record